UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV12-01379-RGK (DTBx) | Date | October 16, 2012 |
|---|---|---|---|
| Title | *AMRO ALBANNA v. J.P. MORGAN CHASE NA et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause Re: Jurisdiction

On August 17, 2012, JP Morgan Chase ("Defendant") removed this case from Riverside County Superior Court on the basis of diversity jurisdiction.

Diversity jurisdiction exists where the amount in controversy exceeds $75,000 and the action is between citizens of different states. 28 U.S.C. § 1332. A national bank is a citizen of both the state of its main office and the state of its principle place of business. *Villa v. Wells Fargo Bank NA*, 2012 WL 1247169 at *2 (C.D. Cal. Apr. 12, 2012). Here, the removal notice indicates the location of Defendant's main office but not the location of it principle place of business. The Defendant's citizenship in the state of its principle place of business must be asserted to establish its citizenship and that diversity jurisdiction is proper.

Defendant is hereby ordered to show cause in writing no later than **October 26, 2012** as to why this action should not be remanded for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |